# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153796(49)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEONDRA LAMONT LIGGION,
      Defendant-Appellant.

SC:  153796
COA:  325166
Kalamazoo CC:  2013-001818-FC

_____/

      On order of the Chief Justice, the motion of defendant-appellant to temporarily hold the case in abeyance to allow him to file a motion for remand on or before September 5, 2016, is GRANTED.  The temporary abeyance shall end on September 6, 2016, or after the filing of the motion to remand, whichever occurs first.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 19, 2016



Clerk